No. 90–5061.   RICHARDSON *v.* WARDEN, WADE CORRECTIONAL CENTER, ET AL.   C. A. 5th Cir.   Certiorari denied.   JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 89–1591.   SCHWARZ *v.* FLORIDA SUPREME COURT.   Sup. Ct. Fla.   Certiorari denied.   JUSTICE WHITE, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.

No. 89–1972.   DANIELS *v.* SUPERIOR COURT OF NEW JERSEY, APPELLATE DIVISION.   Sup. Ct. N. J.   Motion of Center for Constitutional Rights for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 89–7684.   STOKER *v.* TEXAS.   Ct. Crim. App. Tex.;
No. 90–5459.   TYLER *v.* OHIO.   Sup. Ct. Ohio;
No. 90–5607.   VENTURA *v.* FLORIDA.   Sup. Ct. Fla.; and
No. 90–5859.   CLARK *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.   Reported below: No. 89–7684, 788 S. W. 2d 1; No. 90–5459, 50 Ohio St. 3d 24, 553 N. E. 2d 576; No. 90–5607, 560 So. 2d 217; No. 90–5859, 901 F. 2d 908.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–228.   MASSACHUSETTS *v.* COUTURE.   Sup. Jud. Ct. Mass.   Certiorari denied.   JUSTICE BLACKMUN would grant certiorari.

No. 90–307.   COUGHLIN, COMMISSIONER, NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. *v.* BENJAMIN ET AL.   C. A. 2d Cir.   Motion of respondents for leave to proceed *in forma pauperis* granted.   Certiorari denied.